UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANNA MICKLATCHER,

    Plaintiff,                                               Case No: 1:12-cv-649

v.                                                       HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 30, 2013, recommending that this Court reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g), for re-evaluation of Dr. Hoogmoed's February 10, 2011 opinion consistent with 20 C.F.R. § 404.1527(c)(2).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED.

A Judgment will be entered consistent with this Order.


Dated:  September 18, 2013                                    /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                    United States District Judge